FILED

Date: 05/23/23

UNITED STATES DISTRICT COURT CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA MIDDLE DISTRICT of FLORIDA
OCALA DIVISION OCALA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO.  5:23-cr- 53-GAP-PRL

18 U.S.C. § 111(a)

PAIGE ROBERT DAVIS

## INDICTMENT

The Grand Jury charges:

### COUNTS ONE AND TWO

On or about November 18, 2022, in the Middle District of Florida, the

defendant,

### PAIGE ROBERT DAVIS,

did knowingly and forcibly assault, resist, oppose, impede, and interfere with a

person who is an employee of the United States Department of Justice, Federal

Bureau of Prisons, and a person designated in 18 U.S.C. § 1114, while that person

was engaged in and on account of the performance of his official duties, and the act

described above did involve physical contact with the employee of the United States

Department of Justice and person designated in 18 U.S.C. § 1114.

| Count | Victim |
|-------|--------|
| ONE | G.S. |
| TWO | D.A. |

1

In violation of 18 U.S.C. § 111(a).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _Hannah Nowalk_
Hannah Nowalk
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

2

FORM OBD-34

May 23

No. 5:23-cr-

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

PAIGE ROBERT DAVIS

## INDICTMENT

Violations: 18 U.S.C. § 111(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 23rd day

of May 2023.

_M. Taylor_____
Clerk

Bail $_____

GPO 863 525